**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BOOTS OF OKLAHOMA, LLC, an Oklahoma corporation, )<br>)<br>Plaintiff, )<br>vs. )   Case No. CIV-14-2-M<br>)<br>ESSEX INSURANCE COMPANY, )<br>)<br>Defendant. ) | |

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, the above referenced case is hereby dismissed with prejudice, with each party bearing its own costs and attorney fees.

**IT IS SO ORDERED this 13th day of April, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE